JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DREW ROSENHAUS, an individual,<br><br>Petitioner,<br><br>v.<br><br>DESEAN JACKSON, an individual,<br><br>Respondent. | CASE NO. CV 14-3154-MWF (JCGx)<br><br>**JUDGMENT VACATING ARBITRATION AWARD** |

The regularly noticed Petition to Confirm Arbitration Award (the "Petition") filed by Petitioner Drew Rosenhaus, and the Cross-Petition to Vacate Arbitration Award (the "Cross-Petition") filed by Respondent DeSean Jackson, came before the Court. Having considered all of the pleadings and arguments submitted by the parties in connection with the Petition and Cross-Petition, the pleadings and papers on file, and any oral and/or documentary evidence presented at the time of hearing, the Court **DENIED** the Petition and **GRANTED** the Cross-Petition. (Docket No. 78).

Consistent with the Court's ruling on the Petition and the Cross-Petition and pursuant to Rule 54 of the Federal Rules of Civil Procedure,

1

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment be entered in this action as follows:

1. The Arbitration Award entered by Roger Kaplan, on April 10, 2014, is vacated.
2. Judgment is entered in favor of Respondent.
3. Costs are awarded to Respondent as provided by law.

DATED: May 11, 2016.  _____
MICHAEL W. FITZGERALD
United States District Judge

2